**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, ET AL.**,<br><br>Plaintiffs,<br><br>v.<br><br>**BRENEMAN, INC., ET AL.**,<br>Defendants. | Case No.  16-cv-01641-YGR<br><br>**ORDER SETTING COMPLIANCE RE: DEFAULT JUDGMENT; VACATING CASE MANAGEMENT** |

In light of the entry of default as to all defendants herein, the Court hereby **SETS** a compliance hearing regarding the filing of Plaintiffs' motion for default judgment for Friday, September 16, 2016, on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

No later than five (5) business days prior to the date of the compliance hearing, Plaintiffs shall file either: (a) their motion for default judgment; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete, no appearance will be required and the compliance hearing will be taken off calendar.

The case management conference currently set for October 3, 2016, is **VACATED**.

**IT IS SO ORDERED**.

Dated: August 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**